CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 08 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ABDUL HAMZA WALI MUHAMMAD, | ) | CASE NO. 7:16CV00313 |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| ARVIL J. GALLIHAR, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for preliminary injunction (ECF No. 2) is **DENIED**; this civil action is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1), for failure to state a claim to the relief sought, and for failure to exhaust administrative remedies as required under 42 U.S.C. § 1997e(a); and the clerk shall **STRIKE** the case from the active docket of the court.

ENTER: This 8th day of July, 2016.

/s/ Glen E. Conrad
Chief United States District Judge